IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sanchez, Thomas J

Printed: 12/13/07

Case Number: 07 B 16040
Judge: Squires, John H
Filed: 9/4/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 31, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|   | Receipts | Disbursements |
|---|---|---|
|   | 873.84 |   |
| Secured: |   | 0.00 |
| Unsecured: |   | 0.00 |
| Priority: |   | 0.00 |
| Administrative: |   | 826.65 |
| Trustee Fee: |   | 47.19 |
| Other Funds: |   | 0.00 |
| Totals: | 873.84 | 873.84 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 3,124.00 | 826.65 |
| 2. | Rescap Mortgage | Secured | 0.00 | 0.00 |
| 3. | Central Credit Union of Illino | Secured | 841.76 | 0.00 |
| 4. | Freedmont Investment & Loan | Secured | 14,000.00 | 0.00 |
| 5. | Rescap Mortgage | Secured | 18,000.00 | 0.00 |
| 6. | Tri-Cap Investment Partners, LLC | Unsecured | 237.58 | 0.00 |
| 7. | GMAC Auto Financing | Unsecured | 7,321.21 | 0.00 |
| 8. | Allied Interstate | Unsecured |   | No Claim Filed |
| 9. | City Of Chicago Dept Of Revenue | Unsecured |   | No Claim Filed |
| 10. | Nicor Gas | Unsecured |   | No Claim Filed |
|   |   |   | $ 43,524.55 | $ 826.65 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 47.19 |
|   | $ 47.19 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Sanchez, Thomas J | Case Number:  07 B 16040 |
| | Judge:  Squires, John H |
| Printed:  12/13/07 | Filed:  9/4/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                          Marilyn O. Marshall, Trustee, by:

